# United States Court of Appeals
## For the First Circuit

No. 14-1681

CAESARS MASSACHUSETTS MANAGEMENT COMPANY, LLC,
CAESARS MASSACHUSETTS DEVELOPMENT COMPANY, LLC,
CAESARS MASSACHUSETTS INVESTMENT COMPANY, LLC, and
CAESARS ENTERTAINMENT CORPORATION,

Plaintiffs, Appellants,

v.

STEPHEN P. CROSBY
and KAREN WELLS,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of this Court issued on February 13, 2015 is amended as follows:

On page 2, line 7, replace "28 U.S.C. § 1983" with "42 U.S.C. § 1983"